# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 26-6789 PA (Ex) | Date | July 15, 2026 |
| Title | Edmund Sierra v. Rushmore Servicing, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Daniel Torrez | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** Order to Show Cause

Plaintiff Edmund Sierra ("Plaintiff"), who is appearing pro se, commenced Case No. CV 26-4212 PA (Ex) in this Court on April 21, 2026. That action originally asserted claims for mail and wire fraud pursuant to 18 U.S.C. §§ 1341, 1343, and 1349, arising out of a dispute with "Rushmore Servicing" concerning the servicing of his mortgage and the assessment of charges for insurance. Plaintiff's Complaint also references the Real Estate Settlement Procedures Act ("RESPA"). On May 12, 2026, Plaintiff filed a similar action against Rushmore Service and Quality Loan Service Corporation in Los Angeles County Superior Court. Quality Loan Service Corporation filed a Declaration of Nonmonetary Status to which Plaintiff did not timely object.

On May 18, 2026, Rushmore Service Center, LLC ("RSC"), filed an Answer in Case No. CV 26-4212 PA (Ex), in which RSC states that it is a "Non-Party." According to RSC's Answer:

> Plaintiff improperly served RSC, a third-party debt collector that collects credit card debt on behalf of Premier Bankcard, LLC. The Complaint appears to be directed at Rushmore Loan Management Service, LLC, d/b/a Rushmore Servicing ("RLMS") a mortgage servicing entity, and pro se Plaintiff has erroneously served the wrong entity. The two entities RLMS and RSC are not related and share no common ownership.

As indicated in RSC's Answer, Plaintiff appears to be suing Rushmore Loan Management Service, LLC d/b/a Rushmore Servicing. Indeed, as indicated in several documents attached to Plaintiff's Complaint on the letterhead of Rushmore Servicing, "Rushmore Servicing and Mr. Cooper are brand names for Nationstar Mortgage LLC."

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-6789 PA (Ex) | Date | July 15, 2026 |
| Title | Edmund Sierra v. Rushmore Servicing, et al. | | |

On June 22, 2026, RSC filed a Notice of Removal of the action Plaintiff filed in Los Angeles Superior Court and it was assigned Case No. CV 26-6789 PA (Ex). In the interim, based on RSC's suggestion that it was not the proper party in Case No. CV 26-4212 PA (Ex), the Court ordered the parties to meet and confer to discuss their respective positions concerning whether RSC is a proper party to this dispute or if, in the alternative, RSC may be relieved of further responsibilities to appear so that Plaintiff may pursue his claims against Rushmore Loan Management Service, LLC d/b/a Rushmore Servicing. The Court ordered the parties to file a Status Report following their conference. Both parties filed Status Reports that the Court has reviewed. According to Plaintiff's Status Report, Plaintiff would seek to file a First Amended Complaint "correctly identifying and substitute the appropriate real defendants in this action. Specifically, Plaintiff notes that the entity formally referred to as 'Rushmore Servicing' should and will be amended to add as updated as follows . . . properly renamed Nationstar Mortgage LLC d/b/a Rushmore Servicing . . . ."

The Court granted Plaintiff leave to file a First Amended Complaint to correctly identify the defendant as Nationstar Mortgage LLC d/b/a Rushmore Servicing as indicated in his Status Report. Plaintiff filed his First Amended Complaint naming Nationstar Mortage LLC d/b/a Rushmore Servicing as the defendant in Case No. CV 26-4212 PA (Ex). Because Plaintiff now appears to understand that RSC is not the defendant he seeks to pursue a claim against, and the proper defendant is Nationstar Mortgage LLC d/b/a Rushmore Servicing, and Plaintiff may not pursue the same claims against the same defendant in separate actions simultaneously pending in the same court, the Court orders Plaintiff to show cause in writing why Case No. CV 26-6789 PA (Ex) should not be dismissed without prejudice to Plaintiff pursuing his claims in CV 26-4212 PA (Ex).

Plaintiff's response to this Order to Show Cause shall be filed by no later than August 3, 2026. Failure to timely or adequately respond to the Order to Show Cause may, without further warning, result in the dismissal of Case No. CV 26-6789 PA (Ex) without prejudice.

IT IS SO ORDERED.