**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND W. SIERRA,<br>Plaintiff,<br>v.<br>RUSHMORE SERVICING, et al.,<br>Defendants. | Case No. CV 26-6789 PA (Ex)<br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's August 11, 2026 Minute Order dismissing this action,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: August 11, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE